FANNIE STERN, Appellant, *v.* LILLIAN STERN, as Administratrix of the Estate of ABRAHAM STERN, Respondent.

Submitted May 15, 1950; decided May 18, 1950.

*Gerald H. Chambers* for motion.

*Harris B. Steinberg, Woodrow J. Sandler* and *Meyer Halpern* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, upon the ground that the order does not finally determine the action within the meaning of the Constitution.